*E-FILED - 10/5/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTOLO MULLEN, | No. C 09-6081 RMW (PR) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| ED FOULK, et al., | |
| Defendants. | (Docket No. 16) |

On July 21, 2010, defendants filed a request an extension of time in which to file their motion for summary judgment. On September 8, 2010, defendants filed their motion for summary judgment.

The court GRANTS defendants' motion for extension of time. The motion for summary judgment is deemed filed.

Plaintiff's opposition to the dispositive motion shall be filed with the court and served on defendants no later than **October 29, 2010**. If defendants wish to file a reply brief, they shall do so no later than **November 19, 2010**.

This order terminates docket no. 16.

IT IS SO ORDERED.

Dated: 10/4/10

RONALD M. WHYTE
United States District Judge

Order Granting Defendants' Enlargement of Time to File Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Mullen081eot.DM.wpd