IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARTOLO MULLEN, | ) | No. C 09-6081 RMW (PR) |
| Plaintiff, | ) ) | ORDER DIRECTING |
| v. | ) ) | PLAINTIFF TO RESPOND |
| ED FOULK, et al., | ) ) | |
| Defendants. | ) ) | |

    Plaintiff, a formerly civilly committed person proceeding pro se, filed an amended civil rights action pursuant to 42 U.S.C. § 1983 alleging that defendants violated his constitutional rights. Defendants have moved for summary judgment, arguing that there is no genuine issue of material fact and that they are entitled to judgment as a matter of law. Although given an opportunity, plaintiff did not filed an opposition. The matter is now submitted for decision. The court notes that plaintiff has since been released from both Napa State Hospital and the California Department of Rehabilitation and Corrections. Plaintiff has not contacted the court since February 15, 2011. Accordingly, within **twenty days** of the filing date of this order, plaintiff shall notify the court of his intent to continue to prosecute this action. **Plaintiff's failure to file a notice of intent to prosecute within twenty days of the filing date of this order will result in the dismissal of this case.**

    IT IS SO ORDERED.

DATED: _____

RONALD M. WHYTE
United States District Judge

Order Directing Plaintiff to Respond
P:\PRO-SE\SJ.Rmw\CR.09\Mullen081Presp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTOLO MULLEN,<br><br>        Plaintiff,<br><br>  v.<br><br>ED FOULK et al,<br><br>        Defendant. | Case Number: CV09-06081 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bartolo Mullen
3467 Hillsborough Drive
Concord, CA 94520

Dated: September 23, 2011

                                            Richard W. Wieking, Clerk
                                            By: Jackie Lynn Garcia, Deputy Clerk