1

2

3

4            <mark>EÒÈÚŠÒÖÁÆÁÆICHÈFFE</mark>

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   BARTOLO MULLEN,                 )      No. C 09-6081 RMW (PR)
                                     )
11              Plaintiff,           )      ORDER DIRECTING
                                     )      PLAINTIFF TO RESPOND
      v.                             )
12                                   )
     ED FOULK, et al.,               )
13                                   )
                Defendants.          )
14   _____)

15        Plaintiff, a formerly civilly committed person proceeding pro se, filed an amended civil

16   rights action pursuant to 42 U.S.C. § 1983 alleging that defendants violated his constitutional

17   rights.  Defendants have moved for summary judgment, arguing that there is no genuine issue of

18   material fact and that they are entitled to judgment as a matter of law.  Although given an

19   opportunity, plaintiff did not filed an opposition.  The matter is now submitted for decision.  The

20   court notes that plaintiff has since been released from both Napa State Hospital and the

21   California Department of Rehabilitation and Corrections.  Plaintiff has not contacted the court

22   since February 15, 2011.  Accordingly, within **twenty days** of the filing date of this order,

23   plaintiff shall notify the court of his intent to continue to prosecute this action.  **Plaintiff's**

24   **failure to file a notice of intent to prosecute within twenty days of the filing date of this**

25   **order will result in the dismissal of this case.**

26        IT IS SO ORDERED.

27   DATED: ___JÙ0GÙFF___          *Ronald M. Whyte*
                                   RONALD M. WHYTE
28                                 United States District Judge

Order Directing Plaintiff to Respond
P:\PRO-SE\SJ.Rmw\CR.09\Mullen081Presp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


BARTOLO MULLEN,

          Plaintiff,

  v.

ED FOULK et al,

          Defendant.

                                /

Case Number: CV09-06081 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Bartolo Mullen
3467 Hillsborough Drive
Concord, CA 94520


Dated: September 23, 2011

                                 Richard W. Wieking, Clerk
                                 By: Jackie Lynn Garcia, Deputy Clerk