IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARTOLO MULLEN, | ) | No. C 09-6081 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| ED FOULK, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a formerly civilly committed person proceeding pro se, filed an amended civil rights action pursuant to 42 U.S.C. § 1983 alleging that defendants violated his constitutional rights. On April 25, 2011, defendants moved for summary judgment, arguing that there is no genuine issue of material fact and that they are entitled to judgment as a matter of law. Although given an opportunity, plaintiff did not file an opposition.

On September 23, 2011, the court noted that plaintiff had not been in contact with the court since February 15, 2011, and directed the plaintiff to inform the court, within twenty days, whether he intended to proceed with the prosecution of this action. Plaintiff was expressly informed that if he failed to comply with the court's order, this action would be dismissed without prejudice for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

More than twenty days have passed since the court's order was filed, and plaintiff has failed to comply. Accordingly, the above-titled action is hereby DISMISSED without prejudice for failure to prosecute.

Order of Dismissal
P:\pro-se\sj.rmw\cr.09\Mullen081dis

1      The clerk shall terminate all pending motions and close the file.

2      IT IS SO ORDERED.

3   DATED: _____        /s/ Ronald M. Whyte

                                     RONALD M. WHYTE
4                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.rmw\cr.09\Mullen081dis        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BARTOLO MULLEN,

        Plaintiff,

  v.

ED FOULK et al,

        Defendant.

Case Number: CV09-06081 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bartolo Mullen
3467 Hillsborough Drive
Concord, CA 94520

Dated: October 27, 2011

                                    Richard W. Wieking, Clerk
                                    By: Jackie Lynn Garcia, Deputy Clerk